AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Pablo Mendoza-Sanchez<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:16mj55-JCG<br>)<br>)<br>) |

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
AUG -9 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 8, 2016__ in the county of __Harrison__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5) | Illegal Alien in Possession of a Firearm |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert M. Dinnen, Deportation Officer/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/09/2016

_____
*Judge's signature*

City and state:  Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Robert M Dinnen, being first duly sworn, hereby depose and say that:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), presently assigned to the Office of Enforcement and Removal Operations, Gulfport, Mississippi (DRO/GU). I have been a Deportation Officer with ICE since 2006.

2. On August 8, 2016, in Harrison County Mississippi, Deportation Officer Robert Dinnen, encountered **Pablo MENDOZA-Sanchez**, an illegal alien from Mexico.

3. On August 8, 2016, Deportation Officers assisted Harrison County Deputies on a traffic stop on I-10 for investigation of a stolen vehicle. **Pablo MENDOZA-Sanchez** was the passenger in the vehicle and was found to be in possession of a handgun in the front of his pants. Deportation Officers responded to the scene to assist and determined the subject was here illegally from Mexico.

4. Fingerprint query conducted in the IAFIS database positively identified **Pablo MENDOZA-Sanchez** as being a Previously Deported Alien. Subject was arrested by the U.S. Border Patrol on January 4, 2013, and served with an Expedited Removal, and was witnessed removed to Mexico on January 5, 2013. He was encountered again by Border Patrol on January 23, 2013, in Bisbee Arizona was again removed to Mexico on January 26, 2013. Subject was arrested by Border Patrol at the Kingsville, Texas station and served with a reinstatement of his prior order of removal, and was witnessed removed on April 29, 2015.

5. The firearm was not manufactured in the State of Mississippi, therefore travelled in and affecting interstate commerce.

6. Based on the facts and circumstances as set forth above, your affiant believes that there is probable cause to believe that **Pablo MENDOZA-Sanchez**, is an illegal alien in possession of a firearm in violation of Section 922(g)(5), Title 18, United States Code.

_____
Robert M. Dinnen, Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn and subscribed to me this the ___9___ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE